**Jon T. Simmons, ISB No. 5006**
**Christy A. Kaes, ISB No. 4852**
**EVANS KEANE LLP**
**1161 West River Street, Ste. 100**
**P. O. Box 959**
**Boise, Idaho 83701-0959**
**Telephone: (208) 384-1800**
**Facsimile: (208) 345-3514**
**E-mail:  jsimmons@evanskeane.com**
**           ckaes@evanskeane.com**

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **DONALD KRESSE,**<br><br>            **Plaintiff,**<br><br>**vs.**<br><br>**CABELA'S WHOLESALE, INC.**<br><br>            **Defendant.** | Case No.  2:18-cv-00013<br><br>Kootenai County Case No. CV17-9308<br><br>**NOTICE OF REMOVAL OF ACTION**<br>**(Diversity of Citizenship)** |

**TO:    DONALD KRESSE (PLAINTIFF) AND HIS ATTORNEY OF RECORD, RYAN McNEICE**

**PLEASE TAKE NOTICE** that Defendant Cabela's Wholesale, Inc., ("Cabela's") files this Notice of Removal to remove this civil action from the District Court of the First Judicial District of the State of Idaho, in and for the County of Kootenai to the United States District Court for the District of Idaho, based on diversity jurisdiction pursuant to 28 U.S.C. § 1441(b), for the reasons stated more fully below:

    1.    On December 14, 2017, Plaintiff Donald Kresse commenced a civil action by filing a complaint ("Complaint") against Cabela's in the District Court of the First Judicial District of

NOTICE OF REMOVAL OF ACTION-1

the State of Idaho, in and for the County of Kootenai, styled *Donald Kresse v. Cabela's Wholesale, Inc.*, Kootenai County Case No. CV17-9308 ("State Court Action").  A true and correct copy of all process and pleadings served upon Cabela's is included within composite **Exhibit A** attached hereto and incorporated herein by reference.

2. The Complaint alleges or purports to allege the following two causes of action against Cabela's arising from an accident that occurred at the Cabela's store located in Post Falls, Idaho on December 23, 2015: (1) negligence and (2) negligent infliction of emotional distress.

3. The District Court of the First Judicial District of the State of Idaho, in and for the County of Kootenai is a state court within this judicial district and division.

4. Cabela's was served with the Complaint in the State Court Action on December 18, 2017, through personal service.  (*See* Affidavit of Service contained within composite **Exhibit A**.)

5. Pursuant to 28 U.S.C. § 1332, there is now complete diversity between Plaintiff and Cabela's and, upon information and belief, the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

6. This Notice of Removal is timely filed.  This Notice of Removal is filed within thirty (30) days of receipt by Cabela's of pleadings and other papers from which it was first ascertained that the case is one which had become removable pursuant to Rule 6(a) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1446(b).

## DIVERSITY OF CITIZENSHIP

1. There is complete diversity of citizenship between the parties.

2. Upon information and belief, and pursuant to the allegations in his Complaint, Plaintiff is a citizen of the State of Washington.  (*See* Complaint, ¶ 1.1.)

3. Although identified by Plaintiff as an Idaho corporation, Defendant Cabela's is in fact a Nebraska corporation that maintains its principal place of business in Sidney, Nebraska. It is authorized to do business in the State of Idaho. (*See* Certificate of Authority and related filings maintained by the State of Idaho, Office of the Secretary of State, attached hereto as **Exhibit B**.)

4. Cabela's is, therefore, a citizen of the State of Nebraska for purposes of removal.

**AMOUNT IN CONTROVERSY EXCEEDS $75,000**

5. In his Complaint, Plaintiff states claims for damages but does not plead a specific amount; however, in other papers provided to Cabela's on behalf of Plaintiff, Plaintiff has demanded payment of damages in the total amount of $413,090.05, which includes $68,192.05 in medical expenses, $18,048.00 in lost wages and $326,850.00 for pain and suffering. (*See* **Exhibit C**, correspondence from Plaintiff's counsel dated October 12, 2017.)

6. Based upon Plaintiff's allegations and demand, the amount of controversy in this action, exclusive of interest and costs, exceeds $75,000.00, the requisite amount in controversy for purposes of diversity jurisdiction under 28 U.S.C. § 1332(a).

**OTHER REQUIREMENTS FOR REMOVAL ARE SATISFIED**

7. A copy of the Kootenai County District Court file, which contains the Summons and Complaint, is attached as composite **Exhibit A**.

8. A copy of the Kootenai County District Court docket sheet identifying the filings that have been made in the State Court Action is attached hereto as **Exhibit D**. To Cabela's knowledge, there have been no other process, pleadings or orders filed or served to date, other than those contained in composite **Exhibit A** and identified on **Exhibit D**. 28 U.S.C. § 1446(a).

9. This case is a civil action within the meaning of the Acts of Congress relating to the removal of cases.

NOTICE OF REMOVAL OF ACTION-3

10. The prerequisites for removal under 28 U.S.C. § 1441 have been met.

11. The allegations of this Notice are true and correct and within the jurisdiction of this Court, and this cause is removable to this Court.

12. Cabela's has heretofore not sought similar relief.

13. A copy of this Notice is being filed with the Clerk of the District Court in and for Kootenai County, Idaho, as required under 28 U.S.C. § 1446, and written notice of such is being sent to Plaintiff's counsel.

14. Cabela's reserves the right to supplement its Notice of Removal by adding any jurisdictional defenses which may independently support a basis for removal. Nothing in this Removal shall be interpreted as a waiver or relinquishment of any of Cabela's rights to assert any defense or affirmative matter.

15. If any question arises as to the propriety of the removal of this action, Cabela's respectfully requests the opportunity to present a brief and oral argument in support of the position that this case is removable.

**WHEREFORE**, Defendant Cabela's Wholesale, Inc. requests that this Court take jurisdiction of this action and issue all necessary orders and processes to remove this action from the District Court of the First Judicial District of the State of Idaho, in and for the County of Kootenai, to the United States District Court for the District of Idaho.

DATED this 8th day of January, 2018.

EVANS KEANE LLP

By: ___/s/ Jon T. Simmons___
Jon T. Simmons, of the Firm
*Attorneys for Defendant.*

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 8th day of January, 2018, a true and correct copy of the foregoing document was served upon the person identified below and by the method(s) indicated:

| | |
|---|---|
| Ryan McNeice<br>McNeice Wheeler, PLLC<br>11404 E. Sprague Avenue<br>Spokane Valley, WA  99206<br>Fax: 509-928-9166<br>Email: ryan@mcneicewheeler.com | ☐ U.S. Mail<br>☒ Facsimile<br>☒ Email |

          /s/ Jon T. Simmons
          Jon T. Simmons